UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-1394
_____

WILLIAM DRUMMOND; GPGC LLC; SECOND AMENDMENT FOUNDATION, INC.,

Appellants

v.

TOWNSHIP OF ROBINSON; MARK DORSEY, Robinson Township Zoning Officer, in his official and individual capacities
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No. 2-18-cv-01127)
District Judge: Honorable Marilyn J. Horan
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
October 2, 2019

Before:  SHWARTZ, FUENTES and FISHER, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on October 2, 2019.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered January 22, 2019, be and the same is hereby VACATED and REMANDED with respect to Drummond's facial Second Amendment claims and the denial of the preliminary injunction and AFFIRMED in all other respects.  All of the above in accordance with the Opinion of this Court.

Costs shall not be taxed.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated:     November 14, 2019

Certified as a true copy and issued in lieu of a formal mandate on     12/17/19

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**