IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM DRUMMOND, GPGC LLC, and SECOND AMENDMENT FOUNDATION, INC., | ) Case No. 2:18-cv-1127-MJH ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ROBINSON TOWNSHIP and MARK DORSEY, Robinson Township Zoning Officer, in his official and individual capacities, | ) ) ) ) |
| Defendants. _____ | ) ) ) |

**Renewal of Motion**

Pursuant to the Third Circuit's judgment and opinion of August 17, 2021, Dkt. 47-1 at 32, Plaintiffs William Drummond, GPGC LLC, and Second Amendment Foundation, Inc., respectfully renew their motion for preliminary injunction, Dkt. 17, which they submit stands fully briefed pursuant to this Court's rules, Dkt. 17-1, 30, 32, and ready for decision.

Dated:  September 9, 2021                Respectfully submitted,

/s/ Alan Gura                             /s/ James H. McCune
Alan Gura (VA Bar No. 68842)              James H. McCune (PA Bar No. 19852)
Gura PLLC                                 /s/ K. Bradley Mellor
916 Prince Street, Suite 107              K. Bradley Mellor (PA Bar No. 61363)
Alexandria, VA 22314                      Bowles Rice
703.835.9085/Fax 703.997.7665             1800 Main Street, Suite 200
*Admitted pro hac vice*                   Cannonsburg, PA 15317
                                          724.514.8938/Fax 724.514.8954

                                          Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2021, a copy of the foregoing document was electronically served upon all parties by filing the same with the Clerk of Court using the CM/ECF system and forwarding to all counsel of record.

/s/ Alan Gura
Alan Gura