IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM DRUMMOND, GPGC LLC, and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROBINSON TOWNSHIP and MARK DORSEY, *Robinson Township Zoning Officer, in his official and individual capacities*, <br><br> Defendants. | 2:18-cv-1127 <br><br> Judge Marilyn J. Horan |

### ORDER REFERRING CASE TO ALTERNATIVE DISPUTE RESOLUTION

After due consideration of the issues and in consultation with the parties, the Court finds that this case is appropriate for referral to an alternative form of dispute resolution as provided by the local rules of this Court.

**IT IS HEREBY ORDERED:**

1. Referral to ADR: This case is referred to MEDIATION.

2. David White is appointed to serve as the Mediator. Compensation of the Mediator is as follows: Plaintiff shall pay one-half (50%) of the compensation and costs of the Mediator and Defendant shall pay one-half (50%) of the compensation and costs of the Mediator. Compensation shall be paid directly to the Mediator upon the conclusion of the ADR process. Failure to pay the Mediator shall be brought to the attention of the Court.

3. Conduct of ADR Conference: The Mediation shall be conducted in accordance with Local Rule 16.2 and the Court's ADR Policies and Procedures.

4. Scheduling ADR Conference: The Mediation shall take place on January 7, 2022, unless

extended by order of the Court.  The Mediation may be conducted at any location agreed to by the parties, counsel, and the assigned neutral.

5. <u>Designation of Lead Counsel:</u>  <u>James McCune and Peter Patterson</u> are designated as lead counsel and shall be responsible for working with the parties and the Mediator to coordinate an agreeable date, time and location for the initial Mediation.

6. <u>Responsibilities of Lead Counsel:</u>   It is the responsibility of lead counsel to ensure that **notice** of the date, time and location of the Mediation has been **electronically filed with the Court**.

THE COURT SHALL BE PROMPTLY NOTICED OF ANY RESCHEDULED DATE FOR THE SCHEDULED CONFERENCE.

    The case is still governed by the Court's Local Rules and ADR Policies and Procedures. When private processes are used, it is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.
    The parties are hereby notified that any individual mediator (Court approved or private) is required to become a registered user of the Electronic Case Filing System (ECF) in the United States District Court for the Western District of Pennsylvania.  Counsel shall so notify their agreed upon neutral and refer them to the Court's website at [www.pawd.uscourts.gov](www.pawd.uscourts.gov) for user registration forms.  Counsel shall confirm to the Court that the selected neutral has completed the process.

**Nothing in this order alters the Case Management Order in this case.  All deadlines set forth in that Case Management Order remain in full force and effect.**

**SO ORDERED** this 1st day of December 2021.

        s/*Marilyn J. Horan*
    Marilyn J. Horan
    United States District Judge