# Exhibit B



November 8, 2021

Dear Mr. Drummond,

Enclosed please find the signed and approved Zoning Application which has been approved by Zoning Officer Mark Dorsey and signed by Township Manager Crystal Brown for use of a "Sportsman's Club" on the subject property.

This permit is provisional. It is being issued as a result of the issuance of a <u>preliminary</u> order of court that enjoined the Township from administering all of the provisions of its Zoning Ordinance. The Township continues to contest the Court's ruling. (Order dated 10/13/21 in the case of *William Drummond, GPGC LLC, and Second Amendment Foundation, Inc. v. Robinson Township et al.*).

As the Township continues to defend the validity of its Zoning Ordinance, you, as the Applicant, are proceeding at your own risk. The Township will not be responsible for any costs, fees, or expenses that you incur in conjunction with the establishment of your club should the court issue a different decision once the Township presents evidence in this case.

Your project as described may require a Building Permit, that you may obtain from our third-party building code official, Mr. Harold Ivery. You can best contact Mr. Ivery at 724-263-0377 or via email at: mcservices111@gmail.com.

Best of luck in your endeavor, and please feel free to contact me or Mark Dorsey at any time with additional questions or clarifications about your project.

Sincerely,

*Crystal Brown*
Crystal Brown
Township Manager
Robinson Township, Washington County

ZONING PERMIT #: 21-22                                ZONING DISTRICT #: LI



11/4/21
10:41 am
PAID
CK #
7469

# Robinson Township



*8400 Noblestown Road ~ McDonald, PA 15057 ~ 724-926-8700*

## APPLICATION FOR ZONING PERMIT

| DATE APPLICATION WAS RECEIVED: | PARCEL NUMBER: 550-008-00-00-0006-00 |
|---|---|
| LOCATION OF PROPERTY: 920 King Road, Bulger, PA 15019 | EMAIL ADDRESS: WILDDRUMMOND@AOL.COM |

OWNER'S NAME: WILLIAM DRUMMOND   (PROPERTY OWNER: DONALD FREUND)

ADDRESS FOR PERMIT: 920 KING ROAD

| CITY BULGER | STATE PA | ZIP 15019 |
|---|---|---|

PHONE NUMBER OF APPLICANT: 828.773.3789

PROPOSED USE OF BUILDING/STRUCTURE: SPORTSMANS CLUB

DESCRIPTION OF CONSTRUCTION: N/A

**✱ SEE ATTACHED ADDENDUM ⟶**

| SETBACKS: MUST BE FILLED IN. ✱ EXISTING ✱ N/A | SQ. FT. MUST BE FILLED IN. EXISTING N/A |
|---|---|
| FROM RIGHT PROPERTY LINE: N/A FT. | FROM LEFT PROPERTY LINE: N/A FT. |
| FROM FRONT PROPERTY LINE: N/A FT. | FROM BACK PROPERTY LINE: N/A FT. |

HEIGHT OF PURPOSED STRUCTURE: N/A

*Non-refundable fee is $50.00, payable to Robinson Township*
*A drawing of property layout for construction needs to be accompanied with the Zoning Application*

### ZONING - FOR MUNICIPAL USE ONLY

☒ APPROVED   ☐ DENIED   EXEMPT Y/N   ☐ BUILDING PERMIT NEEDED

| MANAGER: [signature] | DATE: 11-5-21 |
|---|---|
| ZONING OFFICER: [signature] | DATE: 11/5/21 |

REASON FOR DENIAL:

*This permit is issued in accordance with Robinson Township, Washington County Zoning Ordinance. The Permit holder shall abide by the regulations established by the Townships Zoning Ordinance.*

WILLIAM DRUMMOND